**Order entered June 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00162-CV

**GREYSTAR MANAGEMENT SERVICES, L.P., Appellant**

**V.**

**MELISSA ADAMS, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06022**

## ORDER

Before the Court are: (1) appellee's June 18, 2013 motion to dismiss the appeal; (2) appellee's June 19, 2013 motion to file a separate appendix; and (3) appellee's June 18, 2013 motion to file a reply to appellant's response to her motion to file a separate appendix. We **GRANT** appellee's motion to file a reply to appellant's response to the motion to file a separate appendix. We **ORDER** appellee's reply received on June 18, 2013 filed as of that date.

We **ORDER** appellee's remaining two motions deferred to the submissions panel.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE